UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOYCE A. JOHNSON,

       Plaintiff,                              Civil Action No.
                                                  10-CV-12321

vs.

                                                  HON. MARK A. GOLDSMITH

SINAI GRACE HOSPITAL,

       Defendant.
_____/

### ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

       This matter is presently before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Paul J. Komives, issued on January 6, 2012. The Magistrate Judge recommends that Defendant's motion for summary judgment be granted. Plaintiff has filed objections to the R&R.

       The Court reviews de novo those portions of the R&R to which a specific objection has been made. Fed. R. Civ. P. 72(b). After de novo review, the Court concludes that Magistrate Judge Komives – in a well-reasoned and thorough R&R – reached the correct conclusion for the correct reasons. Plaintiff's objections do nothing more than rehash the arguments asserted by Plaintiff in response to Defendant's motion for summary judgment.[1] Those arguments were addressed – and correctly rejected – by the Magistrate Judge. In sum, Plaintiff points to no evidence from which a reasonable jury could conclude that race or religion had anything to do with her termination. For the reasons stated by the Magistrate Judge, Defendant's motion for summary judgment is granted.

---

[1] Plaintiff's response brief, which contains a sum total of just over two pages of analysis, is entirely conclusory, as are her objections.

SO ORDERED.

Dated: January 25, 2012                     s/Mark A. Goldsmith
       Flint, Michigan                      MARK A. GOLDSMITH
                                            United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 25, 2012.

                                            s/Deborah J. Goltz
                                            DEBORAH J. GOLTZ
                                            Case Manager